# DEMAND BY EMPLOYEES TO INSPECT SHARE RECORDS AND MINUTES PURSUANT TO SECTION 624 OF THE NEW YORK STATE BUSINESS CORPORATION LAW

TO:

    WAN HAO RESTAURANT, INC. d/b/a The Real KTV d/b/a Royal Queen

---

    **PLEASE TAKE NOTICE**, that Plaintiffs PATRICK TUNG, and VANESSA LI and others similarly situated as employees of the above corporations who intend to demand, pursuant to the provisions of Section 630 of the Business Corporation Law of New York, and Section 609 of the Limited Liability Company Law of New York, payment of debts, wages and/or salaries due and owing to them as laborers, servants and/or employees of the above corporations for services performed by them for the above corporations within the six (6) years preceding the date of this notice from the ten largest shareholders of the above corporations, and who have expressly authorized the undersigned, as their attorney, to make this demand on their behalf.

    **PLAINTIFFS HEREBY DEMAND** the right to examine, in person or by agent or attorney, during usual business hours, the minutes of the proceedings of the shareholders and records of shareholders of the above corporations and to make extracts therefrom on or after five (5) days from receipt of this notice.

Dated: December 28, 2021
       Flushing, NY

                                          TROY LAW, PLLC
                                          *Attorneys for Plaintiffs, the proposed FLSA*
                                          *Collective, and Potential Rule 23 Class*

                                              /John Troy/
                                          John Troy (JT0481)
                                          Aaron Schweitzer (AS 6369)
                                          41-25 Kissena Boulevard Suite 103
                                          Flushing, NY 11355
                                          Tel: (718) 762-1324
                                          Email: johntroy@troypllc.com