UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
PATRICK TUNG,

        Plaintiff,   REPORT AND RECOMMENDATION

   -against-   21 CV 7137 (AMD)(RML)

WAN HAO RESTAURANT, INC., *et al.*,

        Defendants.
-------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Patrick Tung ("plaintiff")[1] commenced this case on December 28, 2021, asserting claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and the New York Labor Law ("NYLL"), N.Y. LAB. L. §§ 190, 650, *et seq.* (See Complaint, dated Dec. 28, 2021, Dkt. No. 1.) This case was referred to mediation on June 14, 2023.

        By letter dated January 15, 2024, plaintiff's attorney advised the court that "the parties were not able to schedule the mediation in this matter as Plaintiff's Counsel has lost contact with the Plaintiff Tung" and that "[d]espite . . . multiple calls and messages to Plaintiff Tung, Plaintiff Tung still remains to be non-responsive with his Counsel." (Letter of John Troy, Esq., dated Jan. 15, 2024, Dkt. No. 38.) Plaintiff's counsel requested leave to move for withdrawal by January 30, 2024. (Id.) That request was granted, and counsel moved to withdraw on that date. (See Motion to Withdraw as Counsel, dated Jan. 30, 2024, Dkt. No. 39.)

        By order dated February 12, 2024, I granted counsel's motion to withdraw and directed plaintiff to advise the court by April 1, 2024 whether he wished to continue with this litigation, and if so, to obtain new counsel or be prepared to proceed *pro se* at the next

---

[1] Plaintiff Vanessa Li voluntarily dismissed her claims on August 10, 2022. (See Stipulation of Voluntary Dismissal, dated Aug. 10, 2022, Dkt. No. 21.)

conference, scheduled for April 3, 2024 by telephone. (See Order, dated Feb. 12, 2024.) My order warned that failure to appear "may result in a recommendation that this case be dismissed for failure to prosecute." (Id.)

Plaintiff did not appear for the telephone conference on April 3, 2024, but by letter dated April 10, 2024, plaintiff's attorney admitted that he had not served the court's February 12, 2024 order on plaintiff until April 5, 2024. (See Letter of John Troy, Esq., dated Apr. 10, 2024, Dkt. No. 42; Certificate of Service by Mail, dated Apr. 5, 2024, Dkt. No. 40.) I thus issued an order giving plaintiff another thirty days to report his position on whether he was willing to retain new counsel to represent him in the case or wanted to prosecute the case *pro se*. (See Order, dated Apr. 11, 2024.)

To date, the court has received no communication from plaintiff. Since plaintiff has abandoned this case, I respectfully recommend that it be dismissed for lack of prosecution.

Any objection to this Report and Recommendation must be filed with the Clerk of the Court, with a courtesy copy to the Honorable Ann M. Donnelly, United States District Judge, within fourteen (14) days. Failure to file objections in a timely manner may waive a right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
June 10, 2024