UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
PATRICK TUNG,

        Plaintiff,                                JUDGMENT
                                                        21-CV-7137 (AMD) (RML)

      -against-

WAN HAO RESTAURANT, INC., CONNIE YING
ZHANG, and HOWARD LEE,

        Defendants.
------------------------------------------------------------ X

      An Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on June 26, 2024, adopting the Report and Recommendation of Magistrate Robert M. Levy, dated June 10, 2024, dismissing this case for lack of prosecution; it is

      ORDERED and ADJUDGED that this case is dismissed for lack of prosecution.

Dated: Brooklyn, NY                                       Brenna B. Mahoney
       June 27, 2024                                      Clerk of Court

                                                             By: */s/Jalitza Poveda*
                                                                   Deputy Clerk